# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2339
Lower Tribunal No. 13-27674
_____

**Francisco Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Diane V. Ward, Judge.

Carlos J. Martinez, Public Defender, and Natasha Baker-Bradley, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.

Before ROTHENBERG, LOGUE, and SCALES, JJ.

LOGUE, J.

Any error by the trial court in admitting the hearsay statements at issue was, at best, harmless. <u>See</u> § 59.041, Fla. Stat. (2015) ("No judgment shall be set aside or reversed . . . on the ground of . . . the improper admission or rejection of evidence . . . unless in the opinion of the court to which application is made, after an examination of the entire case it shall appear that the error complained of has resulted in a miscarriage of justice.").

Affirmed.